**From:** Britton, Elise (Hassan)
**Sent:** Tuesday, November 26, 2024 4:22 PM
**To:** Islamabad, Consular
**Subject:** Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)
**Importance:** High

Good afternoon,

I hope this finds you well. Senator Hassan's office was recently contacted by Dartmouth College regarding a current, enrolled 4th/5th year doctoral student in the Molecular & Cell Biology (MCB) program.

He applied for a new F-1 visa (case number: AA00DREYQR) on September 16, 2024, and was refused the visa and placed into administrative processing. It has been over 60 days since he was notified of the refusal. Since he qualified for the interview waiver, he did not need to go for an in-person interview. He was asked to submit his passport, I-20, and interview waiver form. His passport was returned with a slip stating that he did not need to submit any additional documents until requested by the embassy.

To date, he has received no additional communication regarding his F-1 visa application.

Attached is Mr. Taha's completed privacy release form, authorizing our office to communicate with you on his behalf. We are respectfully requesting a review of his concerns and any assistance you might be able to provide regarding his pending visa application. If you have any questions or require additional information, please contact me directly. Thank you and I look forward to hearing from you.

All my best,
Elise

**Elise M. Britton**
Director of Constituent Services
Office of U.S. Senator Maggie Hassan
Elise_Britton@hassan.senate.gov
ph: (603) 433-4445
fax: (202) 228-6479

**From:** Islamabad, Consular
**Sent:** Monday, December 2, 2024 5:38 AM
**To:** Britton, Elise (Hassan) <elise_britton@hassan.senate.gov>
**Subject:** RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)

The Honorable Maggie Hassan
United States Senate

Attn:  Elise M. Britton

Dear Senator Hassan,

We are writing in response to your inquiry dated November 27, 2024, concerning the nonimmigrant visa case of Mr. Muhammad Taha.  We appreciate your patience in awaiting a response.

We have checked our consular records and found that the nonimmigrant visa application of Mr. Tahs's is undergoing administrative processing.  Administrative processing can last up to 60 days, but in some instances, it can take significantly longer.

We realize that these extended time periods can cause frustration, and we are sensitive to the fact that the purpose of the nonimmigrant visa program is to facilitate legitimate travel to the United States.  Nonetheless, we must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.  While we cannot predict when the processing of Mr. Tahs's visa will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as the administrative processing is complete.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States."  Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We regret that our response cannot be more detailed at this point but we hope this information is helpful.

Sincerely,

**Non Immigrant Visa Unit**

U.S. Embassy – Islamabad, Pakistan

Web:  https://pk.usembassy.gov

**From:** Britton, Elise (Hassan)
**Sent:** Tuesday, January 14, 2025 8:55 AM
**To:** Islamabad, Consular
**Subject:** RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)
**Importance:** High

Good morning,

Dartmouth College has informed office that Mr. Muhammad Taha is still in Administrative Processing, and will now miss a second term of study due to this delay. As a courtesy to our constituent, we are respectfully requesting an update on the NIV. Thank you for your continued assistance with this case.

All my best,
Elise

**Elise M. Britton**
Director of Constituent Services
Office of U.S. Senator Maggie Hassan
Elise_Britton@hassan.senate.gov
ph: (603) 433-4445
fax: (202) 228-6479



**From:** Islamabad, Consular
**Sent:** Wednesday, January 15, 2025 3:50 AM
**To:** Britton, Elise (Hassan) <elise_britton@hassan.senate.gov>
**Subject:** RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)

The Honorable Maggie Hassan
United States Senate

Attn:  Elise M. Britton

Dear Senator Hassan,

We are writing in response to your inquiry dated January 14, 2025, concerning the nonimmigrant visa case of Mr. Muhammad Taha.  We appreciate your patience in awaiting a response.

Unfortunately, there is no change in the status of Mr. Tahs's visa application. Currently, his case is still pending the completion of administrative processing in order to verify his qualifications for this visa. We understand there is frustration at the delay; however, a decision on this case cannot be made until we finish our review. Visa applications are adjudicated in accordance with the provisions of the Immigration and Nationality Act (INA), and a visa may only be issued if all documentary requirements have been met, and the applicant is eligible under U.S. immigration law. While we cannot predict when the adjudication of Mr. Taha's application will be completed, please be assured that we are aware of your concerns and will do all we can to see that his application is adjudicated as soon as the administrative processing has been completed.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States." Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We hope this information is helpful in responding to your constituent.

Sincerely,

Nonimmigration Visa Unit
Consular Section
U.S. Embassy – Islamabad, Pakistan

**From:** Britton, Elise (Hassan) <elise_britton@hassan.senate.gov>
**Sent:** Tuesday, February 25, 2025 8:58 PM
**To:** Islamabad, Consular
**Subject:** RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)

Good morning,

I hope this finds you well.  I am just checking in on this pending F-1.  Could you please provide an update?  Thanks for your continued assistance with this matter.

All my best,
Elise

**Elise M. Britton**
Director of Constituent Services
Office of U.S. Senator Maggie Hassan
Elise_Britton@hassan.senate.gov
ph: (603) 433-4445
fax: (202) 228-6479



**From:** Islamabad, Consular
**Sent:** Wednesday, February 26, 2025 4:02 AM
**To:** Britton, Elise (Hassan) <elise_britton@hassan.senate.gov>
**Subject:** RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)

The Honorable Maggie Hassan
United States Senate

Attn:  Elise M. Britton

Dear Senator Hassan,

We are writing in response to your inquiry dated February 25, 2025, concerning the nonimmigrant visa case of Mr. Muhammad Taha.  We appreciate your patience in awaiting a response.

We have checked our consular records again and found that the nonimmigrant visa application of Mr. Tahs's case is still undergoing administrative processing.  Administrative processing can last up to 60 days, but in some instances, it can take significantly longer.

We realize that these extended time periods can cause frustration and we are sensitive to the fact that the purpose of the nonimmigrant visa program is to facilitate legitimate travel to the United States.  Nonetheless, we must adjudicate visas in accordance with the provisions of the law, and, in some cases, this involves extensive administrative processing.  While we cannot predict when the processing of Mr. Tahs's visa will be completed, please be assured that we are aware of your concerns and will do all we can to see that the application is adjudicated as soon as the administrative processing is complete.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States."  Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We regret that our response cannot be more detailed at this point but we hope this information is helpful.

Sincerely,

Nonimmigrant Visa Unit
Consular Section
U.S. Embassy – Islamabad, Pakistan
Web:  https://pk.usembassy.gov

**From:** Britton, Elise (Hassan)
**Sent:** Monday, April 14, 2025 2:49 PM
**To:** 'Islamabad, Consular'
**Subject:** RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)

Good afternoon,

I am checking in for an update on the status of Mr. Taha's NIV. Any information you can share would be greatly appreciated.

All my best,
Elise

**Elise M. Britton**
Director of Constituent Services
Office of U.S. Senator Maggie Hassan
Elise_Britton@hassan.senate.gov
ph: (603) 433-4445
fax: (202) 228-6479



**From:** Islamabad, Consular
**Sent:** Tuesday, April 15, 2025 4:28 AM
**To:** Britton, Elise (Hassan) elise_britton@hassan.senate.gov
**Subject:** RE: [External] RE: Congressional Inquiry - Mr. Muhammad Taha - Delayed F-1 Visa - AA00DREYQR (Senator Hassan - NH)

The Honorable Maggie Hassan
United States Senate

Attn:  Elise M. Britton

Dear Senator Hassan,

We are writing in response to your inquiry concerning the nonimmigrant visa case of Mr. Muhammad Taha.  We appreciate your patience in awaiting a response.

As per our consular records nonimmigrant visa application of Mr. Tahs is still undergoing administrative processing.  Administrative processing is an integral part of the visa application process that can neither be expedited nor waived. We are unable to predict the amount of time this will require. Once the administrative processing is complete, our office will contact the applicant.

Please note that the information regarding this visa case is protected from disclosure under section 222(f) of the INA, 8 U.S.C. 1202(f), and in accordance with that law, may only be used for the "formulation, amendment, administration, or enforcement of the immigration, nationality, or other laws of the United States."  Since you have inquired on behalf of the applicant, our disclosure to you of the above information from the visa record, which information could be made available to the visa applicant, is consistent with INA section 222(f), 8 U.S.C. 1202(f), and you may share this information with your constituent.

We regret that our response cannot be more detailed at this point, but we hope this information is helpful.

Sincerely,

Nonimmigrant Visa Unit
Consular Section
U.S. Embassy – Islamabad, Pakistan
Web:  https://pk.usembassy.gov